# Exhibit A

DOCS_DE:234373.1 89006/001

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

C.P. INTERNATIONAL, CORP.
165 NORTH DEAN STRE
ET  ENGLEWOOD NJ 07631

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684408 | 05/15/2019 | 05/21/2019 | $ 26,463.44 | 034965-2019 | 05/06/2019 | -$ 1,286.84 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 12479-2019 | 04/19/2019 | - 468.00 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 26505-2019 | 03/29/2019 | 20,971.72 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 26506-2019 | 03/29/2019 | 1,262.19 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 26507-2019 | 03/29/2019 | 1,747.65 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 26508-2019 | 03/29/2019 | 4,272.02 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 946-71423-2019 | 05/02/2019 | - 27.80 |
| 684408 | 05/15/2019 | 05/21/2019 | 26,463.44 | 948-71423-2019 | 05/09/2019 | - 7.50 |
| 684693 | 05/22/2019 | 05/29/2019 | 38,114.83 | 12585-2019 | 05/13/2019 | - 764.00 |
| 684693 | 05/22/2019 | 05/29/2019 | 38,114.83 | 26509-2019 | 03/29/2019 | 873.82 |
| 684693 | 05/22/2019 | 05/29/2019 | 38,114.83 | 26510-2019 | 03/29/2019 | 20,777.54 |
| 684693 | 05/22/2019 | 05/29/2019 | 38,114.83 | 26521-2019 | 04/05/2019 | 16,729.57 |
| 684693 | 05/22/2019 | 05/29/2019 | 38,114.83 | 26522-2019 | 04/05/2019 | 497.90 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 1000108 | 05/21/2019 | - 5,000.00 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26546-2019 | 04/05/2019 | 5,033.35 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26547-2019 | 04/05/2019 | 1,572.92 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26548-2019 | 04/05/2019 | 1,677.79 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26549-2019 | 04/05/2019 | 23,947.77 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26550-2019 | 04/12/2019 | 9,122.96 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26551-2019 | 04/12/2019 | 314.58 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26552-2019 | 04/05/2019 | 968.27 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26553-2019 | 04/05/2019 | 1,025.23 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26554-2019 | 04/05/2019 | 3,189.61 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26555-2019 | 04/05/2019 | 14,225.06 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26556-2019 | 04/12/2019 | 9,910.55 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26557-2019 | 04/12/2019 | 341.75 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26558-2019 | 04/05/2019 | 1,799.24 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26559-2019 | 04/05/2019 | 4,997.90 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26560-2019 | 04/05/2019 | 1,999.16 |
| 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26561-2019 | 04/05/2019 | 27,775.83 |

|    | A      | B          | C          | D          | E             | F          | G         |
|----|--------|------------|------------|------------|---------------|------------|-----------|
| 42 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26562-2019    | 04/12/2019 | 22,690.47 |
| 43 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26563-2019    | 04/12/2019 | 999.58    |
| 44 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26564-2019    | 04/05/2019 | 13,677.27 |
| 45 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26565-2019    | 04/05/2019 | 2,791.28  |
| 46 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26566-2019    | 04/12/2019 | 18,199.15 |
| 47 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26567-2019    | 04/12/2019 | 735.54    |
| 48 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26568-2019    | 04/12/2019 | 16,917.42 |
| 49 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26569-2019    | 04/05/2019 | 4,633.90  |
| 50 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26570-2019    | 04/05/2019 | 22,093.79 |
| 51 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26571-2019    | 04/12/2019 | 11,994.96 |
| 52 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26572-2019    | 04/12/2019 | 499.79    |
| 53 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26573-2019    | 04/18/2019 | 24,964.51 |
| 54 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26574-2019    | 04/18/2019 | 6,197.40  |
| 55 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26575-2019    | 04/18/2019 | 1,799.24  |
| 56 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26576-2019    | 04/18/2019 | 1,599.33  |
| 57 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26577-2019    | 04/18/2019 | 11,495.17 |
| 58 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26578-2019    | 04/18/2019 | 499.79    |
| 59 | 685102 | 05/29/2019 | 06/04/2019 | 265,248.82 | 26579-2019    | 04/12/2019 | 558.26    |
| 60 | 685499 | 06/05/2019 | 06/11/2019 | 20,978.75  | 035078-2019   | 06/03/2019 | - 1,212.69|
| 61 | 685499 | 06/05/2019 | 06/11/2019 | 20,978.75  | 26544-2019    | 04/12/2019 | 21,590.93 |
| 62 | 685499 | 06/05/2019 | 06/11/2019 | 20,978.75  | 26545-2019    | 04/12/2019 | 699.71    |
| 63 | 685499 | 06/05/2019 | 06/11/2019 | 20,978.75  | 952-71423-2019| 05/30/2019 | - 99.20   |
| 64 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26677-2019    | 05/06/2019 | 7,602.70  |
| 65 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26678-2019    | 05/06/2019 | 817.77    |
| 66 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26679-2019    | 05/06/2019 | 613.33    |
| 67 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26680-2019    | 05/06/2019 | 20,342.01 |
| 68 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26681-2019    | 05/06/2019 | 29,585.68 |
| 69 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26682-2019    | 05/06/2019 | 1,731.35  |
| 70 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26683-2019    | 05/06/2019 | 1,833.19  |
| 71 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26684-2019    | 05/06/2019 | 3,055.32  |
| 72 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26685-2019    | 05/06/2019 | 611.06    |
| 73 | 685996 | 06/19/2019 | 06/25/2019 | 84,218.80  | 26686-2019    | 05/06/2019 | 18,026.39 |
| 74 | 686340 | 06/26/2019 | 07/02/2019 | 9,165.95   | 26668-2019    | 05/06/2019 | 8,860.42  |
| 75 | 686340 | 06/26/2019 | 07/02/2019 | 9,165.95   | 26669-2019    | 05/06/2019 | 305.53    |
| 76 | TOTAL  |            |            | $ 444,190.59 | 56          |            |           |